USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 08/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------
GARCIA,

Plaintiff(s),

- against -

PATSY'S PIZZERIA ROCKLAND LLC et al.,

Defendant(s).

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

26 cv 1564 (NSR) (AEK)

The above entitled action is referred to the Honorable Andrew E. Krause, United States Magistrate Judge, for the following purpose(s):

__X__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

________ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

________ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

________ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *

________ JURY SELECTION

________ HABEAS CORPUS

________ INQUEST AFTER DEFAULT / DAMAGES HEARING

________ SOCIAL SECURITY

________ SETTLEMENT

Dated: White Plains, New York
August 17, 2026

SO ORDERED:



Nelson S. Román, U.S.D.J.

* Do not check if already referred for General Pre-Trial.

Rev. 9/10